*United States District Court*
DISTRICT OF KANSAS
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                              **CASE NO.:** 17-20055-CM/JPO

**vs.**

**JAMIE DRAKE,**

      **Defendant.**

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 30, 2016, in the District of Kansas and elsewhere, the defendant,

### JAMIE DRAKE,

did unlawfully employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 2

On or about June 13, 2016, in the District of Kansas and elsewhere, the defendant,

### JAMIE DRAKE,

did unlawfully attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the

1

visual depiction was transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

On or about July 12, 2016, in the District of Kansas and elsewhere, the defendant,

### JAMIE DRAKE,

did unlawfully attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL.

DATED:  9/27/2017                              S/Foreperson
                                               FOREPERSON


 s/Kim I. Flannigan, #13407 for
THOMAS E. BEALL
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

2

**PENALTIES:**

**Counts 1-3     18 U.S.C. § 2251(a) - Production of Child Pornography**

- NLT 15 years NMT 30 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 15 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee